Leslie A. Lajewski, Esq.
Anthony E. Russo, Esq.
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, NJ 07960
(973) 656-1600
Leslie.lajewski@ogletree.com
Anthony.russo@ogletree.com
*Attorneys for Defendant, United Parcel Service, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DANIEL MOYLE, ROY WELSH, TRAVIS STEELE, and FARI MURRAY, individually and on behalf of others similarly situated,

        Plaintiffs,

-against-

UNITED PARCELS SERVICE, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Docket No.1:26-cv-00706

**CERTIFICATION OF SERVICE OF ECF NOTICE OF SCHEDULING ORDER**

I, Leslie A. Lajewski, Esq. of full age, hereby certify and state that on this day, I caused to be served upon Plaintiff's counsel, Tyrone A. Blackburn, Esq. of T.A. Blackburn Law, PLLC, the attached ECF Notification of Scheduling Order, via electronic mail and USPS regular mail to the mailing address listed below:

        Tyrone A. Blackburn, Esq.
        T.A. Blackburn Law, PLLC
        1242 E. 80th Street, 3rd Floor
        Brooklyn, NY 11236

        Respectfully submitted,
        **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

        By: *s/ Leslie A. Lajewski*
Date: March 9, 2026        Leslie A. Lajewski, Esq.