# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone:  973-656-1600
Facsimile:  973-656-1611
www.ogletree.com

Leslie Lajewski, Esq.
Leslie.Lajewski@ogletreedeakins.com

April 27, 2026

**VIA ECF Filing**

The Honorable Ann M. Donnelly, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4GN
Brooklyn, New York 11201

> **Re:    Moyle, et al. v. United Parcel Service, Inc.**
> **Civil Action No.: 1:26-cv-706-AMD-LKE**

Dear Judge Donnelly:

We represent Defendant United Parcel Service, Inc. ("UPS") in the above-referenced matter (the "*Moyle 2*" matter).  During the pre-motion conference held before Your Honor on Wednesday, April 22, 2026, the Court discussed the parties' potential consent to magistrate judge jurisdiction of this case before the Honorable Clay H. Kaminsky, U.S.M.J.  Judge Kaminsky currently has jurisdiction over the related case of *Palaguachi et al. v. United Parcel Service, Inc.,* Case No.: 1:25-cv-05548-CHK.  During the conference, Plaintiff's counsel consented to Judge Kaminsky having jurisdiction over this case.  Defense counsel sought additional time to discuss the request with UPS.

Having now discussed the matter with UPS, please be advised that UPS consents to Judge Kaminsky having jurisdiction over and conducting all proceedings in the above-reference matter. While it is our understanding that the Court will effectuate this assignment, please let us know if there is anything the Court needs from UPS to complete that task.  In addition, please let us know whether the Court needs anything from UPS to set a motion to dismiss briefing schedule once the matter is assigned to Judge Kaminsky.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ Leslie Lajewski*
Leslie Lajewski, Esq.

cc:  Tyrone A. Blackburn, Esq. (via ECF and email)

A South Carolina Professional Corporation ▪ Steven J. Luckner ▪ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada)
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington