**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*ATTORNEYS AT LAW*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile:  973-656-1611
www.ogletree.com

Leslie A. Lajewski
leslie.lajewski@ogletree.com

May 19, 2026

**VIA ECF Filing**
The Honorable Judge Clay H. Kaminsky, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        **RE:** *Daniel Moyle, et al. v. United Parcel Service, Inc.*
         **Civil Action No: 1:26-cv-00706-CHK**

Dear Judge Kaminsky:

Ogletree Deakins represents defendant United Parcel Service, Inc. ("UPS") in the above-reference matter. On May 4, 2026, the parties consented to jurisdiction before and to have the matter transferred to Your Honor from the Honorable Judge Ann M. Donnelly, U.S.D.J.  Prior to that transfer, the parties appeared before Judge Donnelly on April 22, 2026 for a pre-motion conference on UPS's request to file a motion to dismiss and a motion for sanctions.  During that conference, UPS was granted permission to file its motion contingent on the parties' determination as to whether the case would remain before Judge Donnelly or be transferred to Your Honor.

Now that the case has been transferred to Your Honor, UPS respectfully requests the Court set a briefing schedule for UPS's motion to dismiss.  Counsel for UPS has reached out to Plaintiffs' counsel several times in an effort to obtain consent to a proposed schedule, however, those contacts have gone unanswered.  As such, UPS submits the following proposed schedule and respectfully requests the Court enter an Order confirming same:

June 19, 2026 – UPS's Motion to Dismiss moving papers due to be filed
July 20, 2026 – Plaintiffs' opposition papers to UPS's Motion to Dismiss due to be filed
August 7, 2026 – UPS's Motion to Dismiss reply papers due to be filed

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Leslie A. Lajewski*
Leslie A. Lajewski

Cc:  All counsel of record via ECF Notice

A South Carolina Professional Corporation ▪ Steven J. Luckner ▪ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada)
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington