**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DANIEL MOYLE, ROY WELSH, TRAVIS   :    Civ. Act. No.: 1:26-cv-00706-CHK
STEELE, and FARI MURRAY, individually and on :
behalf of others similarly situated,          :      **DECLARATION OF LESLIE A.**
                                     :    **LAJEWSKI, ESQ. IN SUPPORT OF**
               Plaintiffs,           :    **DEFENDANT UPS'S MOTION TO**
                                       :    **DISMISS PLAINTIFFS' COMPLAINT**
                                       :    **PRUSUANT TO FRCP 12(B)(6) AND**
              -against-            :    **CPLR § 205(A), TO STRIKE**
                                       :    **ALLEGATIONS OF THE COMPLAINT**
UNITED PARCELS SERVICE, INC.,       :    **PURSUANT TO FRCP 12(F), AND FOR**
                                       :    **LEAVE TO FILE A MOTION FOR**
               Defendant.        :    **SANCTIONS PURUSANT TO FRCP 11**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      **LESLIE A. LAJEWSKI, ESQ.**, being duly sworn, declares under penalty of perjury that the following is true and correct:

      1.      I am an attorney-at-law of the State of New York and a Shareholder at the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for Defendant United Parcel Service, Inc. ("Defendant") in the above-captioned matter.

      2.      I submit this Declaration in support of Defendant's Motion to Dismiss Plaintiffs Daniel Moyle, Roy Welsh, Travis Steele, and Fari Murray's (collectively, the "Plaintiffs") Complaint, pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6) and 12(f), to strike allegations of the Complaint pursuant to FRCP 12(f), and for leave to file a motion for Sanctions pursuant to FRCP 11.

      3.      Attached hereto as **Exhibit A** is a true and correct copy of the Fifth Amended Complaint in *Fari Murray, et al. v. UPS, et al.,* Docket No. 1:20-cv-1427 ("*Murray*").

      4.      Attached hereto as **Exhibit B** are true and correct copies of Decisions and Orders dismissing Plaintiffs' single party lawsuits.

1

5.      Attached hereto as **Exhibit C** is a true and correct copy of the *Murray* Order of Dismissal, dated October 26, 2023.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the Complaint in *Daniel Moyle, et al v. UPS*, Index No. 503187/2024 ("*Moyle I*").

7.      Attached hereto as **Exhibit E** is a true and correct copy of the *Moyle I* Minute Entry and Order, dated July 14, 2025.

8.      Attached hereto as **Exhibit F** is a true and correct copy of the Clerk's Judgment in *Moyle I*, dated August 20, 2025.

9.      Attached hereto as **Exhibit G** is a true and correct copy of the Complaint filed in *Carlos Palaguachi v. UPS*, Index No. 530162/2025 ("*Palaguachi*").

10.     Attached hereto as **Exhibit H** is a true and correct copy of the transcript of the Pre-Trial Conference in *Palaguachi* on October 28, 2025.

11.     Attached hereto as **Exhibit I** is a true and correct copy of the Complaint filed in the instant action ("*Moyle 2*").

12.     Attached hereto as **Exhibit J** are true and correct copies of Plaintiff's UPS Employee History Profiles and Workday Profiles.

13.     Attached hereto as **Exhibit K** is a true and correct copy of the 21-Day Notice, pursuant to Federal Rule of Civil Procedure 11, dated February 10, 2026, issued to Plaintiff's counsel.  Plaintiffs and their counsel did not response to the February 10, 2026 Rule 11 letter or withdraw the Complaint in this action.

14.     Attached hereto as **Exhibit L** is a true and correct copy of UPS's draft Motion for Sanctions, pursuant to Federal Rule of Civil Procedure 11, dated March 11, 2026 and served upon Plaintiff's counsel that same date.

15.     Attached hereto as **Exhibit M** is a true and correct copy of the declarant's email to Tyrone Blackburn, Esq., Plaintiff's counsel, dated March 11, 2026, serving UPS's draft Motion for Sanctions.

16.     Plaintiffs and their counsel did not respond to the draft Rule 11 Motion for Sanctions or withdraw the Complaint in this action.

17.     Attached hereto as **Exhibit N** is a true and correct copy of *Joseph v. Frontier Airlines, Inc.*, 21-CV-6054 (WFK)(JRC), 2023 WL 6385702 at *2 (E.D.N.Y. Sept. 29, 2023).

18.     Attached hereto as **Exhibit O** is a true and correct copy of *Bank of Am., N.A. v. Ave. Imaging LLC*, 21-CV-5201, 2023 WL 3818549 (S.D.N.Y. June 5, 2023).

19.     Attached hereto as **Exhibit P** is a true and correct copy of *Figueroa v. Jewish Home Life Care, Manhattan*, Index No. 153232/2025, 2025 WL 3751381 (Sup. Ct., New York County, Dec. 19, 2025).

20.     Attached hereto as **Exhibit Q** is a true and correct copy of *Martin v. New Am. Cinema Grp., Inc.*, No. 22-cv-05982, 2023 U.S. Dist. LEXIS 26014, 2023 WL 2024672 (S.D.N.Y. Feb. 15, 2023).

21.     Attached hereto as **Exhibit R** is a true and correct copy of *Leonard v. Abbott Labs, Inc.,* No. 10-cv-04676, 2012 WL 764199 (E.D.N.Y. March 5, 2012).

22.     Attached hereto as **Exhibit S** is a true and correct copy of *Krichman v. J.P. Morgan Chase & Co.*, No. 06 CV 15305, 2008 WL 5148769 (S.D.N.Y. Dec. 8, 2008).

23.     Attached hereto as **Exhibit T** is a true and correct copy of *Petras v. Johnson*, No. 92 CIV. 8298 (CSH), 1993 WL 228014 (S.D.N.Y., Jun. 22, 1993).

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Leslie A. Lajewski
Leslie A. Lajewski, Esq.

Dated:  June 18, 2026