# EXHIBIT M

| | |
|---|---|
| **From:** | Lajewski, Leslie A. |
| **To:** | Tyrone Blackburn |
| **Cc:** | Falcone, Elizabeth A.; Westwood-Booth, Michael; Russo, Anthony E. |
| **Subject:** | Moyle et al v. UPS - Draft motion for Rule 11 sanctioins |
| **Date:** | Wednesday, March 11, 2026 6:25:58 PM |
| **Attachments:** | [Moyle II] Brief ISO Motion for Sanctions.pdf |
| | [Moyle II] LAL Decl ISO Sanctions w Exs. A-Q.pdf |
| | [Moyle II] NOM.pdf |
| | [Moyle II] Proposed Order.pdf |

Good afternoon Tyrone,

By this email, on behalf of UPS, I am serving on you a draft motion for Rule 11 sanctions in relation to the Moyle et al v. UPS matter, Civ. Act. No. 1:26-cv-00706-AMD-LTE.

In Judge Kaminsky's February 18, 2026 Report and Recommendation concerning UPS's motion for Rule 11 sanctions in Mr. Moyle's single plaintiff case (Civ. Act. No. 1:24-cv-3874 (CBA) (CHK)), Judge Kaminsky cited to the following in connection with his recommendation that sanctions were inappropriate as a discretionary matter:

> As discussed above, Defendant did not serve Plaintiff with a separate motion for sanctions as required by the test of Rule 11(c)(2). Although counselor Blackburn was certainly on notice that UPS had threatened sanctions, he plausibly claimed during oral argument that he did not take the threats seriously and that service of a formal Rule 11 motion would have captures his attention and forced him to speak with his client about withdrawing the complaint. *See* ECF Doc 39, Section (II)(C), p. 13.

By service of the attached draft motion, with all supporting documents, UPS has complied with Rule 11(c)(2) and is placing you on direct notice to take seriously UPS's intent to file a formal Rule 11 motion should you and plaintiffs continue prosecuting this case. We are also directing you share this motion with plaintiffs and to speak with your clients about withdrawing the complaint, as you represented in the Moyle single plaintiff case you would be "forced" to do if a formal Rule 11 motion was served upon you.

Pursuant to Rule 11, you and plaintiffs have twenty-one days from today, i.e., **until April 1, 2026**, to voluntarily dismiss this case, with prejudice.

Finally, as the attached is a draft motion, UPS reserves its right to update or add additional facts and legal arguments in support of its final Rule 11 motion should plaintiffs refuse to dismiss this case and, as the case progresses, additional facts and/or law develop or come to light that further supports this motion.

If you would like to discuss this motion or the case, please feel free to reach out to me.

Regards,

Leslie

**Leslie A. Lajewski | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-630-2322
leslie.lajewski@ogletree.com | www.ogletree.com | Bio