UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL MOYLE,<br>ROY WELSH,<br>TRAVIS STEELE, and<br>FARI MURRAY,<br>*individually and on behalf of all others*<br>*similarly situated,*<br><div align="right">Plaintiffs,</div><br>   -against-<br><br>UNITED PARCEL SERVICE, INC.,<br><div align="right">Defendant.</div> | Civil Action No.: 1:26-cv-00706 (CHK)<br><br>Declaration of<br>Tyrone A. Blackburn, Esq.<br>In Support of Plaintiffs' Motion for Leave to<br>File a First Amended Complaint |

I, Tyrone A. Blackburn, Esq., declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the attorney of record for Plaintiffs Daniel Moyle, Roy Welsh, Travis Steele, and Fari Murray ("Plaintiffs") in the above-captioned action, and I am admitted to practice before this Court. I submit this declaration in support of Plaintiffs' motion, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, for leave to file the [Proposed] First Amended Class Action Complaint (the "Proposed FAC"), and to place the relevant documents before the Court.

2. I have personal knowledge of the facts stated herein, except where stated on information and belief, and could testify competently to them if called as a witness.

Procedural Posture

3. Plaintiffs commenced this action in the Supreme Court of the State of New York, County of Kings, under Index No. 501063/2026, asserting New York Labor Law wage-and-hour claims arising from Defendant United Parcel Service, Inc.'s ("UPS") misclassification of On-Road Supervisors as exempt employees. UPS removed the action to this Court, where it is now pending as No. 1:26-cv-00706 (CHK).

4. No scheduling order has been entered in this action, no discovery has been exchanged, and no trial date has been set. Plaintiffs make this motion at the threshold of the litigation.

5. This is Plaintiffs' first request to amend their pleading in this action. Plaintiffs have not previously amended, and no prior request for leave to amend has been made.

The Proposed Amendments

6. The Proposed FAC does not add any new party or any new theory of liability. It refines and streamlines Plaintiffs' existing New York Labor Law claims and, in several respects, narrows the pleading.

7. Specifically, the Proposed FAC: (a) sharpens Plaintiffs' misclassification and unpaid-overtime allegations under New York Labor Law § 651; (b) withdraws the Commercial Goods Transportation Industry Fair Play Act allegations (former Fourth Cause of Action under NYLL §§ 862-b through 862-d) in their entirety; (c) withdraws the common-law breach-of-contract cause of action (former Fifth Cause of Action); (d) retains Plaintiffs' wage-notice and wage-statement claims under NYLL §§ 195(1) and 195(3); and (e) corrects paragraph-numbering irregularities in the original pleading so that the paragraphs are numbered sequentially.

1

8.    The Proposed FAC is offered in good faith. Because it narrows rather than expands the case and resolves several of the criticisms Defendant has raised, granting leave will promote, rather than hinder, the efficient resolution of this action on the merits.

### The Annexed Documents

9.    Attached hereto as **Exhibit A** is a true and correct copy of the [Proposed] First Amended Class Action Complaint that Plaintiffs seek leave to file.

10.   Attached hereto as **Exhibit B** is a true and correct copy of a redline comparison showing the changes between the filed Class Action Complaint and the [Proposed] First Amended Class Action Complaint, prepared to assist the Court and Defendant in identifying the proposed amendments.

### Conclusion

11.   For the foregoing reasons, and for the reasons set forth in the accompanying Memorandum of Law, I respectfully request that the Court grant Plaintiffs leave to file the [Proposed] First Amended Class Action Complaint annexed hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
July 21, 2026

Respectfully submitted,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T. A. BLACKBURN LAW, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
Telephone: (347) 342-7432
Attorneys for Plaintiffs

Cc: All counsel of record via ECF

2